UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPA TECHNOLOGIES INC.,<br><br>                     Plaintiff,<br><br>v.<br><br>KYOCERA INTERNATIONAL, INC.,<br><br>                     Defendant. | Case No. 17-cv-01307-BAS-JLB<br>LEAD CASE<br><br><br>**AMENDED CASE MANAGEMENT ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS IN A PATENT CASE** |
| IPA TECHNOLOGIES INC.,<br><br>                     Plaintiff,<br><br>v.<br><br>ZTE (USA) INC.,<br><br>                     Defendant. | Case No. 17-cv-01858-BAS-JLB |

The district court consolidated the above-captioned cases for pre-trial and discovery purposes and directed the assigned magistrate judge to issue a scheduling order in the lead case that applies to the consolidated cases. (*See* ECF Nos. 45, 47.) Accordingly, **IT IS ORDERED** that the following case schedule previously ordered in 17-cv-1858 shall apply to the consolidated cases (with the exception of the Claim Construction and tutorial hearing, which is reset due to a conflict in the district court's calendar):

      1. On or before **November 13, 2017**, each party claiming patent infringement shall separately serve on all parties a Disclosure of Asserted Claims and Preliminary Infringement pursuant to Patent L.R. 3.1 and produce documents as required by Patent L.R. 3.2.

2. On or before **January 12, 2018**, each party opposing a claim of infringement shall serve Invalidity Contentions pursuant to Patent L.R. 3.3 and produce documents as required by Patent L.R. 3.4.

3. On or before **January 26, 2018**, the parties shall exchange Preliminary Claim Constructions pursuant to Patent L.R. 4.1(a) and identify extrinsic evidence as required by Patent L.R. 4.1(b).

4. On or before **February 9, 2018**, the parties shall exchange Responsive Claim Constructions pursuant to Patent L.R. 4.1(c) and identify extrinsic evidence as required by Patent L.R. 4.1(d).

5. On or before **February 23, 2018**, parties shall complete and file a Joint Claim Construction Chart, Joint Claim Construction Worksheet, and Joint Hearing Statement pursuant to Patent L.R. 4.2.

6. The deadline for filing, as of right, Amended Infringement Contentions by a party claiming infringement is **February 23, 2018**. *See* Patent L.R. 3.6(a).

7. All discovery intended for use in the Claim Construction Hearing must be completed by **March 23, 2018**. *See* Patent L.R. 4.3.

8. The deadline for filing, as of right, Amended Invalidity Contentions by the party opposing infringement is **March 23, 2018**. *See* Patent L.R. 3.6(b)

9. On or before **April 6, 2018**, the parties must file simultaneously their Opening Claim Construction Briefs. *See* Patent L.R. 4.4(a).

10. On or before **April 20, 2018**, the parties must file simultaneously their Responsive Claim Construction Briefs. *See* Patent L.R. 4.4(b).

11. The Claim Construction and tutorial hearing will be held **May 8, 2018**, at **10:00 AM**. *See* Patent L.R. 4.5.

12. Not later than **thirty (30) days** after the filing of the Claim Construction Order, any party relying upon advice of counsel as part of a patent-related claim or defense for any reason must make the disclosures required by Patent L.R. 3.7

///

13. A party asserting infringement must serve final amended infringement contentions, within the meaning of Patent L.R. 3.6(a)(1), not later than **thirty (30) days** after service of the Court's Claim Construction Ruling.

14. A party opposing a claim of infringement must serve final amended invalidity contentions, within the meaning of Patent L.R. 3.6(b)(2), not later than **fifty (50) days** after service of the Court's Claim Construction ruling.

15. Discovery motions must be filed in the time and manner directed by Magistrate Judge Burkhardt (*see* Judge Burkhardt's Civil Chambers Rules on Discovery Disputes available on the Court's website). All discovery motions must be filed within 30 days of the service of an objection, answer, or response which becomes the subject of dispute, or the passage of a discovery due date without response or production, and only after counsel (and any unrepresented parties) have met and conferred to resolve the dispute **and** complied with Section IV.B. of Judge Burkhardt's Civil Chambers Rules.

16. The dates and times set forth herein will not be modified except for good cause shown.

17. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

18. The parties shall jointly contact the assigned magistrate judge's chambers within **three (3) calendar days** of the issuance of the Claim Construction Order to notify the Court of the need for another Case Management Conference.

**IT IS SO ORDERED.**

Dated: November 9, 2017

*[signature: Jill Burkhardt]*

Hon. Jill L. Burkhardt
United States Magistrate Judge